# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEYLIN CASTRO, INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILDREN, MONICA GISSELL CASTANEDA-CASTRO, DAVID MEJIA-CASTRO, AND DYLAN SNEIJDER MEJIA-CASTRO, AND MEYLIN P. CASTRO

VERSUS

CHURCH MUTUAL INSURANCE COMPANY, FIRST UNITED METHODIST CHURCH OF DENHAM SPRINGS, ABC INSURANCE COMPANY, SUNBELT RENTALS SCAFFOLD SERVICES, LLC, XYZ INSURANCE COMPANY, AND 1 PRIORITY ENVIRONMENTAL SERVICES, INC.

NO. 2022 CW 0939

**SEPTEMBER 8, 2022**

---

In Re:   1 Priority Environmental Services, Inc. and Sunbelt Rentals Scaffold Services, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669445.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

AHP
WIL

**Welch, J.,** concurs and would deny the writ, finding the criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT